IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NO. |
| v. ) ) ) | COMPLAINT |
| FIRESIDE WEST, LLC d/b/a HILTON LISLE/NAPERVILLE ) ) ) | |
| Defendant. ) ) | JURY TRIAL DEMAND |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII"), and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, to correct unlawful employment practices on the basis of national origin and to provide appropriate relief to Ramon Sosa, Manuel Perez, and a class of Hispanic employees who were adversely affected by such practices.

## JURISDICTION AND VENUE

1. This action is brought by the United States Equal Employment Opportunity Commission to enforce the provisions of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq.

2. This action is authorized and instituted pursuant to § 706(f)(1) and § 706(f)(3) of Title VII, as amended, 42 U.S.C. §2000e-5(f)(1) and §2000e-5(f)(3), and § 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981A.

3. This court has jurisdiction of this action pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345.

4. The unlawful acts alleged below were and are now being committed within the jurisdiction of the United States District Court for the Northern District of Illinois, Eastern Division.

## PARTIES

5. Plaintiff, Equal Employment Opportunity Commission ("EEOC" or the "Commission"), is an agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII, and is expressly authorized to bring this action by § 706(f)(1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1) and (3).

6. At all relevant times, Defendant Fireside West, LLC d/b/a Hilton – Lisle/Naperville., has continuously been a corporation doing business in the State of Illinois and the Village of Lisle, Illinois.

7. At all relevant times, Defendant Fireside West, LLC d/b/a/ Hilton – Lisle/Naperville has continuously had at least fifteen (15) employees.

8. At all relevant times, Defendant Fireside West, LLC d/b/a Hilton – Lisle/Naperville has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

9. More than thirty (30) days prior to the institution of this lawsuit, Ramon Sosa and Manuel Perez filed charges of discrimination with the Commission alleging violations of Title VII by Fireside West, LLC d/b/a Hilton – Lisle/Naperville.

10. All conditions precedent to the institution of this lawsuit have been fulfilled.

11. Since at least 2005, Defendant has engaged in unlawful employment practices in violation of §703(a) of Title VII, 42 U.S.C. § 2000e-2(a). Such unlawful employment practices include subjecting Ramon Sosa, Manuel Perez, and a class of Hispanic employees to harassment on account of their national origin that unreasonably interfered with their work environment.

12. The national origin harassment that was inflicted on Ramon Sosa, Manuel Perez and the class members was frequent, prolonged, unwelcome, unwanted and included but is not limited to their manager calling Hispanic workers "stupid Mexicans," "f---ing Mexicans," "wetbacks," "f---ing wetbacks," and saying, "Mexicans don't know how to do sh-t," "speak English wetback," and "you all crossed the Rio Grande."

13. Members of the class complained about the harassment and requested that it stop, but it continued.

14. The result of the practices complained of in paragraphs 11 through 13 has been to deprive Ramon Sosa, Manuel Perez, and a class of Hispanic employees of equal employment opportunities and otherwise adversely affect their status as employees because of their national origin.

15. The unlawful employment practices complained of above were intentional.

16. The unlawful practices complained of above were done with malice or with reckless indifference to the federally protected rights of Ramon Sosa, Manuel Perez, and a class of Hispanic employees.

## **PRAYER FOR RELIEF**

WHEREFORE, the Commission requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practices which discriminate on the basis of national origin;

B. Order Defendant to institute and carry out policies, practices and programs which provide equal employment opportunities for its employees regardless of national origin, and which eradicate the effects of its unlawful employment practices;

C. Order Defendant to make whole Ramon Sosa, Manuel Perez, and a class of Hispanic employees by providing compensation for past and future pecuniary losses resulting from those unlawful employment practices, including medical expenses, in amounts to be determined at trial;

D. Order Defendant to make whole Ramon Sosa, Manuel Perez, and a class of Hispanic employees by providing compensation for past and future non-pecuniary losses resulting from those unlawful employment practices, including emotional pain, suffering, loss of enjoyment of life, humiliation, and inconvenience, in amounts to be determined at trial;

E. Order Defendant to pay Ramon Sosa, Manuel Perez, and a class of Hispanic employees punitive damages for its malicious and reckless conduct in amounts to be determined at trial.

  F. Prohibit Defendant from discriminating against any individual for engaging in protected activity under Title VII of the Civil Rights Act of 1964, or for opposing practices made unlawful by Title VII, or for participating in this lawsuit;

  G. Grant such further relief as this Court deems necessary and proper in the public interest; and

  H. Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by the Complaint.

Respectfully submitted,

James Lee
Deputy General Counsel

Gwendolyn Young Reams
Associate General Counsel

Equal Employment Opportunity Commission
131 M Street, N.E.
Washington, D.C. 20507

_____
John C. Hendrickson
Regional Attorney

_____
Gregory Gochanour
Supervisory Trial Attorney

_____
Laurie S. Elkin
Trial Attorney

Equal Employment Opportunity Commission
500 West Madison Street, Suite 2000
Chicago, Illinois 60661
(312) 353-7726